IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD F. MARTINEZ,<br><br>  Plaintiff,<br><br>vs.<br><br>KATHLEEN ALLISON, Warden, *et al*.,<br><br>  Defendant(s). | Case No. 1:11-cv-01749-RRB<br><br>**ORDER EXTENDING TIME<br>TO RESPOND TO DISCOVERY** |

  Plaintiff Ronald F. Martinez and Defendant J. Davis have entered into a stipulated agreement extending Defendant's time to respond to Plaintiff s Interrogatories (Set One), Request for Admissions (Set One), and Request for Production of Documents (Set One) to July 8, 2014. A copy of the executed Stipulation is filed at Docket 22.

  **IT IS SO ORDERED** this 24th day of June, 2014.

             S/RALPH R. BEISTLINE
             UNITED STATES DISTRICT JUDGE