UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD F. MARTINEZ,<br><br>    Plaintiff,<br><br>vs.<br><br>KATHLEEN ALLISON, Warden, *et al.*,<br><br>    Defendants. | Case No. 1:11-cv-001749-RRB<br><br>**ORDER REGARDING<br>MOTION AT DOCKET 24** |

At **Docket 24** Plaintiff Ronald F. Martinez filed a request to issue four (4) subpoenas in this case. Plaintiff does not specify which subpoena form he requests. Plaintiff is directed to resubmit his request specifying which form he requests: AO 88 (Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action); AO 88A (Subpoena to Testify at a Deposition in a Civil Action); or AO88B (Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action).

Upon receipt from Plaintiff of his re-submission as specified above, the Clerk of the Court is directed to send Martinez four (4) blank subpoenas without further order of this Court.

**IT IS SO ORDERED** this 13th day of August, 2014

                              S/ RALPH R. BEISTLINE
                              UNITED STATES DISTRICT JUDGE