UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD F. MARTINEZ,<br><br>　　　Plaintiff,<br><br>vs.<br><br>KATHLEEN ALLISON, Warden, *et al.*,<br><br>　　　Defendants. | Case No. 1:11-cv-001749-RRB<br><br>**ORDER REGARDING MOTIONS<br>AT DOCKETS 36 and 43** |

　　　At **Docket 36** Plaintiff Ronald F. Martinez filed a Motion to Quash Subpoenas. At **Docket 43** Martinez filed a Motion to Withdraw Previously Filed Motion at Docket 36.

　　　Accordingly, for good cause, Plaintiff's Motion to Withdraw Previously Filed Motion at **Docket 43** is **GRANTED**. Plaintiff's Motion to Quash Defendant's Subpoena and Request for Sanctions at **Docket 36** is **DENIED** as moot.

　　　**IT IS SO ORDERED** this 14th day of October, 2014.

　　　　　　　　　　　　　　　　　　　S/ RALPH R. BEISTLINE
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE