UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD F. MARTINEZ,<br><br>　　　Plaintiff,<br><br>vs.<br><br>KATHLEEN ALLISON, Warden, *et al.*,<br><br>　　　Defendants. | Case No. 1:11-cv-001749-RRB<br><br>**ORDER GRANTING MOTION<br>AT DOCKET 56** |

At **Docket 56** Defendant J. Davis has moved for an extension of time within which to serve and file motions for summary judgment and *in limine*. For good cause shown, Defendant's Request for Extension of Time to File Motion for Summary Judgment and Motions in Limine is hereby **GRANTED**. The parties have through and including **December 15, 2014**, within which to serve and file motions for summary judgment and motions *in limine*.

**IT IS SO ORDERED** this 19th day of November, 2014.

　　　　　　　　　　　　　　　　S/ RALPH R. BEISTLINE
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE