UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| RONALD F. MARTINEZ,  Plaintiff, vs. KATHLEEN ALLISON, Warden, *et al.*, Defendants. | Case No. 1:11-cv-001749-RRB  **ORDER REGARDING MOTION AT DOCKET 52** |
|---|---|

At **Docket 52** Defendant J. Davis has filed a Motion for Protective Order to Redact Portions of Documents Produced Pursuant to October 15, 2014, Order entered at Docket 45.[1] Defendant has also submitted the unredacted documents to the Court for *in camera* review. Although Davis submitted the unredacted copy of his interview by Internal Affairs *in camera*, the Motion at Docket 52 does not have attached to it a redacted copy of that interview.

Accordingly, not later than **December 1, 2014**, Defendant J. Davis is directed to serve and file the redacted copy of his May 19, 2011, interview by Internal Affairs.

**IT IS SO ORDERED** this 20th day of November, 2014.

S/ RALPH R. BEISTLINE
UNITED STATES DISTRICT JUDGE

---

[1] In that Order the Court directed Defendant to produce transcripts of the interviews conducted by Internal Affairs of the Defendant, C/O J. Davis, and all percipient witnesses into the allegations made by Plaintiff in his Complaint. Attached to the motion at Docket 52 and served on the Plaintiff, Ronald F. Martinez, were the redacted transcripts of the interviews of C/O S. Beasley, Sgt. D. Johnson, C/O Vasquez, and C/O T. Alcantar.

ORDER REGARDING MOTION AT DOCKET 52