UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD F. MARTINEZ,<br><br>    Plaintiff,<br><br>vs.<br><br>KATHLEEN ALLISON, Warden, *et al.*,<br><br>    Defendants. | Case No. 1:11-cv-001749-RRB<br><br>**ORDER REGARDING MOTION<br>AT DOCKET 94** |

At **Docket 94** Plaintiff Ronald F. Martinez filed Plaintiff's Motion for the Court to Order Service of the Court's Orders at Dockets 88, 89, and Set a Trial Date; Case Management Schedule.  The Clerk of the Court is directed to re-serve a copy of the Orders at Dockets 88 and 89 on Plaintiff at his last known address. The Court will enter its trial setting order in due course.

**IT IS SO ORDERED** this 20th day of July, 2015.

                                                S/ RALPH R. BEISTLINE<br>                                                UNITED STATES DISTRICT JUDGE