IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD F. MARTINEZ,<br><br>      Plaintiff,<br><br>vs.<br><br>KATHLEEN ALLISON, Warden, et al.,<br><br>      Defendant. | Case No. 1:11-cv-01749-RRB<br><br>**ORDER TO PRODUCE<br>FOR TRIAL** |

The Government shall produce at trial the jump suit(s), weight restraints, including any leg and ankle restraints, and hand covers that were on Plaintiff at the time of the incident which is the subject of this litigation.

**IT IS SO ORDERED** this 12th day of January, 2016.

                              S/RALPH R. BEISTLINE
                              UNITED STATES DISTRICT JUDGE