UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD F. MARTINEZ,<br><br>　　Plaintiff,<br><br>vs.<br><br>KATHLEEN ALLISON, Warden, *et al.*,<br><br>　　Defendants. | Case No. 1:11-cv-001749-RRB<br><br>**ORDER RE NOTIFICATION TO COURT** |

　　This matter is scheduled for trial February 29, 2016. Because the presiding judge must travel from Alaska to Fresno to preside over the trial, in the event that this matter should settle or the trial not otherwise proceed as scheduled, in the interests of judicial efficiency and economy the parties should so advise the Court sufficiently in advance to preclude unnecessary travel. Therefore, if for any reason trial in this matter is not expected to commence on February 29, 2016, the parties should notify the Court so that such notice is *received* by the Court not later than the close of business **Tuesday, February 23, 2016**.

　　**IT IS SO ORDERED** this 29th day of January 29, 2016.

　　　　　　　　　　　　　　　　　　　　S/ RALPH R. BEISTLINE
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

ORDER RE NOTIFICATION TO COURT