UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD F. MARTINEZ,<br><br>　　　Plaintiff,<br><br>vs.<br><br>KATHLEEN ALLISON, Warden, *et al.*,<br><br>　　　Defendants. | Case No. 1:11-cv-001749-RRB<br><br>**ORDER GRANTING**<br>**MOTION AT DOCKET 108** |

　　　At **Docket 108** Plaintiff Ronald F. Martinez has requested that the Court modify its prior order to produce items at trial.[1] Specifically, Plaintiff requests that the Court add to the list of items to be produced the "tape" that was used in restraining Plaintiff.

　　　It appears that the omission of "tape" was inadvertent. Accordingly, Plaintiff's Motion Requesting the Court to Modify Its Order to Produce for Trial at **Docket 108** is **GRANTED**. The Order to Produce for Trial at **Docket 104** is hereby amended to read:

　　　The Government shall produce at trial the jump suit(s), weight restraints, including any leg and ankle restraints, tape, and hand covers that were on Plaintiff at the time of the incident which is the subject of this litigation.

　　　**IT IS SO ORDERED** this 29th day of January, 2016.

　　　　　　　　　　　　　　　　　　　　　S/ RALPH R. BEISTLINE
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

---

[1] Docket 104.

ORDER DENYING MOTION AT DOCKET 101
*Martinez v. Allison* 1:11-cv-01749-RRB – 1