UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

RONALD F. MARTINEZ,

     Plaintiff,

vs.

KATHLEEN ALLISON, Warden, *et al.*,

     Defendants.

Case No. 1:11-cv-001749-RRB

**ORDER REGARDING PENDING MOTIONS**

Before the Court are several matters for resolution prior to trial.

First, at **Docket 102,** Plaintiff objects to the Defendants' Expert Witness Disclosures. After considering the matter the Court concludes that Will Adams may testify as an expert on Defendants' behalf. Plaintiff, however, may cross-examine Mr. Adams as to his trial testimony over the last four years. Mr. Adams will also be precluded from issuing an opinion as to Plaintiff's credibility.

Second, for the reasons articulated by Defendants at **Docket 106**, the Court will permit Defendants to introduce evidence regarding why Plaintiff was on contraband surveillance at the time of this incident and the fact that Plaintiff has admitted using and being under the influence of heroin at the time of this incident. This evidence is relevant and necessary to paint a full picture of the events in question.

Last, at **Docket 108**, Plaintiff requests that Defendants produce the "tape" used on him at the time of this incident. The Defendants shall provide this "tape" or a representative sample for Plaintiff to use at trial.

**IT IS SO ORDERED** this 16th day of February, 2016.

S/RALPH R. BEISTLINE
UNITED STATES DISTRICT JUDGE