UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD F. MARTINEZ,<br><br>    Plaintiff,<br><br>vs.<br><br>KATHLEEN ALLISON, Warden, *et al.*,<br><br>    Defendants. | Case No. 1:11-cv-001749-RRB<br><br>**ORDER REGARDING<br>MOTION AT DOCKET 145** |

At **Docket 145** Plaintiff has renewed his request to obtain the presence of Correctional Sergeant D. Johnson at trial. Defendant is directed to respond to the motion not later than **March 25, 2016**.

**IT IS SO ORDERED** this 9th day of March, 2016.

S/ RALPH R. BEISTLINE
UNITED STATES DISTRICT JUDGE
