UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD F. MARTINEZ,<br><br>        Plaintiff,<br><br>vs.<br><br>KATHLEEN ALLISON, Warden, *et al.*,<br><br>        Defendants. | Case No. 1:11-cv-01749-RRB<br><br>**ORDER RE:  PLAINTIFF'S<br>OBJECTION TO JURY INSTRUCTIONS** |

At **Docket 148** Plaintiff Ronald F. Martinez has objected to the Court's proposed preliminary jury instructions. Martinez has objected to Jury Instruction No. 22 "Civil Rights Actions § 1983 – Eighth Amendment – Prisoner's Claim of Excessive Force" and No. 23 "Negligence is not a Sufficient Basis for Liability."  Plaintiff also objects to the failure to give certain instructions he has proposed: (1)  knowledge of the law presumed; (2) proximate cause; (3) BAJI 2.01 "Weighing Conflicting Testimony"; (4) BAJI 2.02 "Failure to Produce Available Stronger Evidence"; (5) BAJI 2.03 "Willful Acts to Preclude Evidence, Failure to Explain Adverse Evidence, Limited Admission of Evidence"; (6) BAJI 2:22 "Witness Willingly False"; (7) BAJI 2:25 "Admissions Implied from Silence or Evasion"; and (8) BAJI 12.01.1 "Motivating Factor."

Initially, the Court notes that the *sole issue* to be presented to the jury is whether or not Davis used excessive force in taking Martinez down. Second, the Court notes that the instructions the Court has proposed are the *tentative* instructions. Should relevant, probative

evidence be introduced during the course of the trial that requires the Court to consider additional instructions to the jury, those instructions will be considered and, if appropriate, given at the time the jury is given its final instructions before retiring for deliberations.

Contrary to Martinez's arguments, Proposed Instructions Nos. 22 and 23 correctly reflect the law in this Circuit. Therefore, the objection to those two instructions is **OVERRULED**.

It is not the practice of this Court to use California state pattern jury instructions except to the extent that the claims and/or defenses presented in the case are based upon California state law. That is not the case in the matter before the Court in this proceeding, which is founded solely on federal law. Accordingly, Plaintiff's request to use California BAJI instructions is **DENIED**, without prejudice to either party requesting an appropriate final instruction be given the jury before it retires for deliberation.

Subject to the foregoing, Plaintiff's Objections to the Court's Instructions to the Jury at **Docket 148** is **DENIED**.

**IT IS SO ORDERED** this 16th day of March, 2016.

S/ RALPH R. BEISTLINE
UNITED STATES DISTRICT JUDGE