UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD F. MARTINEZ,<br><br>            Plaintiff,<br><br>vs.<br><br>KATHLEEN ALLISON, Warden, *et al.*,<br><br>            Defendants. | Case No. 1:11-cv-01749-RRB<br><br>**ORDER DENYING  PLAINTIFF'S<br>REQUEST FOR COURT'S<br>JURY VOIR DIRE** |

At **Docket 149** Plaintiff Ronald F. Martinez has requested a copy of the Court's jury voir dire. It appears from the motion that Martinez misunderstood the Court. Although the Court indicated it would provide the parties the Court's proposed jury instructions for review, it did not indicate it would provide a copy of its voir dire questions. It is not the policy of the Court to provide parties with its voir dire questions as these are subject to change. The Court did, however, request the parties to submit proposed voir dire questions for the Court to propound to the prospective jurors, which both parties have provided[1] and to which the Court will give due consideration.

Accordingly, Plaintiff's Motion Requesting a Copy of the Court's Voir Dire to the Jury at **Docket 149** is **DENIED**.

**IT IS SO ORDERED** this 16th day of March, 2016.

S/ RALPH R. BEISTLINE
UNITED STATES DISTRICT JUDGE

---

[1] Docket 124 (Plaintiff); 135 (Defendant).

ORDER RE:  PLAINTIFF'S OBJECTION TO JURY INSTRUCTIONS