UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD F. MARTINEZ,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>KATHLEEN ALLISON, Warden, *et al.*,<br><br>　　　　　　　Defendants. | Case No. 1:11-cv-001749-RRB<br><br>**ORDER RE:  MOTION AT<br>DOCKET 156** |

At **Docket 156** Plaintiff moved the Court to calculate travel expenses for the attendance of unincarcerated witness Sergeant D. Johnson.  The following is provided:

| | |
|---|---|
| Witness Fee: | $40.00/day |
| Distance: | 56 miles (one-way) |
| Rate: | $0.54/mile |

**IT IS SO ORDERED**.

Dated this 28th day of April, 2016

　　　　　　　　　　　　　　　　　　　　　S/ RALPH R. BEISTLINE
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE