FILED
MAY 19 2016
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD F. MARTINEZ,<br><br>Plaintiff,<br><br>v.<br><br>J. DAVIS,<br><br>Defendants. | Case No. 1:11-cv-01749-RRB-PC<br><br>ORDER VACATING WRIT OF HABEAS CORPUS AD TESTIFICANDUM DIRECTING THE PRODUCTION OF PLAINTIFF FOR TRIAL |

This matter was set for jury trial on May 17, 2016, and the Court issued a writ of habeas corpus ad testificandum commanding the production of Plaintiff to the courthouse on May 17, 2016, at 8:30 a.m. The case has settled, and all trial and pretrial dates have been vacated.

Accordingly, Plaintiff Ronald F. Martinez, CDCR No. T-86494, is no longer needed by the Court in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY VACATED.

IT IS SO ORDERED.

DATED: 5/19/2016

_____
United States District Judge