

MAY 19 2016

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
            DEPUTY CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

RONALD F. MARTINEZ,

        Plaintiff,

**JUDGMENT IN A CIVIL ACTION**

vs.

1:11-CV-01749-RRB (PC)

J. DAVIS,

        Defendants.
_____/

        JURY VERDICT:  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

        IT IS HEREBY ORDERED AND ADJUDGED that JUDGMENT BE ENTERED IN FAVOR OF DEFENDANT and against PLAINTIFF.

DATED:  May 19, 2016

                                          MARIANNE MATHERLY, Clerk

                              By:  *O.Rosales*
                                              Deputy Clerk